UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,
v.　　　　　　　　　　　　　　　ORDER
　　　　　　　　　　　　　　　　Criminal No. 09-25(MJD/JSM)
Corey Jermaine Scott,

    Defendant.
_____

The above-entitled matter comes before the Court upon Defendant's objection to the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated April 9, 2009.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court will adopt the Report and Recommendation dated April 9, 2009.

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of a Search and Seizure [Doc. No. 22] is DENIED; and

2. Defendant's Motion to Suppress Statements, Admissions and Answers [Doc. No. 23] is DENIED.

Date: July 10, 2009

                                        <u>s/ Michael J. Davis</u>
                                        Michael J. Davis
                                        Chief Judge
                                        United States District Court

Crim. No. 09-25